2022-1486

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

**DEACERO S.A.P.I. DE C.V., DEACERO USA, INC.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, REBAR TRADE ACTION COALITION,**
*Defendants-Appellees*

Appeal from the United States Court of International Trade
in Nos. 1:20-cv-03924-JAR, Judge Jane A. Restani

---

# CONSENT MOTION OF PLAINTIFFS-APPELLANTS TO VOLUNTARILY DISMISS THEIR APPEAL

---

Rosa S. Jeong
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC  20037
(202) 331-3100 (Phone)

*Counsel for Plaintiffs-Appellants Deacero S.A.P.I. de C.V. and Deacero USA, Inc.*

June 1, 2023

Pursuant to Federal Rule of Appellate Procedure 42(b), the Plaintiffs-Appellants Deacero S.A.P.I. de C.V. and Deacero USA, Inc. (collectively "Deacero") respectfully moves for voluntary dismissal of its appeal in Case No. 22-1486, with each party to bear its own costs and fees.

On May 31, 2023, the undersigned counsel for Deacero contacted via email Sosun Bae, counsel for Defendant-Appellee the United States; and Maureen Thorson, counsel for Defendant-Appellee Rebar Trade Action Coalition ("RTAC") regarding this motion; both counsel responded via email that they consent to this motion. The parties have not submitted any briefing and this Court has not set a date for oral argument. For these reasons, Deacero respectfully requests that the Court grant this motion to voluntarily dismiss its appeal in Case No. 22-1486.

Dated: June 1, 2023                  Respectfully submitted,

/s/ Rosa S. Jeong
Rosa S. Jeong
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC  20037
(202) 331-3100 (Phone)

*Counsel for Plaintiffs-Appellants Deacero S.A.P.I. de C.V. and Deacero USA, Inc.*

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2022-1486

**Short Case Caption:** Deacero S.A.P.I. de C.V. v. US

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __248__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 06/01/2023    Signature: /s/ Rosa S. Jeong

Name: Rosa S. Jeong

Save for Filing

FORM 9. Certificate of Interest                                            Form 9 (p. 1)
                                                                            July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2022-1486

**Short Case Caption** Deacero S.A.P.I. de C.V. v. US

**Filing Party/Entity** Deacero S.A.P.I de C.V. and Deacero USA, Inc.

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/01/2023             Signature: /s/ Rosa S. Jeong

                             Name:      Rosa S. Jeong

FORM 9. Certificate of Interest                                               Form 9 (p. 2)
                                                                              July 2020

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Deacero S.A.P.I de C.V. | N/A | N/A |
| Deacero USA, Inc. | N/A | N/A |

☐ Additional pages attached

FORM 9. Certificate of Interest                                                            Form 9 (p. 3)
                                                                                              July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable    ☐ Additional pages attached

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐ None/Not Applicable    ☐ Additional pages attached

| Noksel Celik Boru Sanayi A.S. v. United States (CIT No. 21-00140) | Interpipe Ukraine LLC and North American Interpipe Inc. v. United States (CIT No. 21-00530) | ICDAS Celik Enerji Tersane Ve Ulasim Sanayi, A.S. et al v. United States (CIT No. 21-00306)) |
|---|---|---|
| | | |

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable    ☐ Additional pages attached